UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| ANDRE L. FULSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-78 CDP |
| | ) | |
| TAMARA ANDERSON, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for scheduling order and motion for payment plan.

Plaintiff's motion for a scheduling order is denied because it is premature. Once each of the defendants has answered the complaint, the Court will enter a Case Management Order. The Case Management Order will provide the schedule for discovery. Until that time, the parties may not engage in discovery. E.D. Mo. L.R. 16 - 5.01, 16 - 5.04.

The motion for a payment plan is denied because it is unnecessary. Section 1915(b) does not provide a mechanism for collecting filing fees after a prisoner is released. Nor does it require a former prisoner to refile for in forma pauperis status. So, plaintiff does not need to submit any further payments to the Court.

However, if plaintiff is readmitted to the Missouri Department of Corrections in the future, the institution will collect the remainder of the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for scheduling order (Doc. 36) and motion for payment plan (Doc. 37) are **DENIED**.

Dated this 3rd day of August, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE